AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briscoe, Mary B. | Tenth Circuit Court of Appeals | 03/19/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

645 Massachusetts
Suite 400
Lawrence, KS 66044

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. '84-presnt | Kansas Public Employees Retirement System (KPERS) - Judges' Retirement Program - vested |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | KS Public Employees Retirement System - Judge's Retirement Program | $37,634.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Western Professional Associates, Inc. - nonemployee compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. American Funds Tax Advantage TAIFX | B | Dividend | L | T | | | | | |
| 2. Baird Agg Bond Fund BAGSX | D | Dividend | M | T | Buy (add'l) | 02/11/20 | K | | |
| 3. | | | | | Buy (add'l) | 03/25/20 | K | | |
| 4. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 5. | | | | | Sold (part) | 06/02/20 | J | A | |
| 6. | | | | | Sold (part) | 08/06/20 | J | A | |
| 7. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 8. BlackRock iShares Barclays Aggregate Bond Fund AGG | D | Dividend | N | T | Sold (part) | 02/28/20 | K | B | |
| 9. | | | | | Buy (add'l) | 03/16/20 | K | | |
| 10. | | | | | Sold (part) | 03/19/20 | J | | |
| 11. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 12. | | | | | Sold (part) | 06/02/20 | K | B | |
| 13. | | | | | Sold (part) | 07/07/20 | J | | |
| 14. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 15. | | | | | Sold (part) | 08/06/20 | K | B | |
| 16. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 17. | | | | | Sold (part) | 11/19/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BlackRock iShares Russell 1000 Value ETF IWD | D | Dividend | K | T | Sold (part) | 08/06/20 | K | C | |
| 19. BlackRock iShares S&P 500 Growth Index IVW | B | Dividend | M | T | Buy (add'l) | 03/05/20 | K | | |
| 20. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 21. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 22. | | | | | Sold (part) | 04/14/20 | J | | |
| 23. | | | | | Sold (part) | 05/12/20 | J | A | |
| 24. | | | | | Sold (part) | 05/12/20 | J | A | |
| 25. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 26. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 27. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 28. | | | | | Buy (add'l) | 08/06/20 | K | | |
| 29. | | | | | Sold (part) | 10/13/20 | J | A | |
| 30. | | | | | Sold (part) | 10/13/20 | J | A | |
| 31. | | | | | Sold (part) | 11/19/20 | L | C | |
| 32. BlackRock iShares S&P 500 Index IVV | A | Dividend | | | Sold | 06/12/20 | K | D | |
| 33. BlackRock iShares S&P 500 Value IVE | A | Dividend | J | T | Sold (part) | 01/09/20 | K | D | |
| 34. | | | | | Buy (add'l) | 02/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 03/05/20 | J | | |
| 36. | | | | | Buy<br>(add'l) | 03/19/20 | K | | |
| 37. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 38. | | | | | Sold<br>(part) | 03/30/20 | M | | |
| 39. | | | | | Sold<br>(part) | 04/14/20 | J | A | |
| 40. | | | | | Sold<br>(part) | 05/12/20 | K | B | |
| 41. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 42. | | | | | Sold<br>(part) | 08/06/20 | J | A | |
| 43. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 11/19/20 | J | | |
| 45. BlackRock iShares S&P MidCap 400 Growth IJK | A | Dividend | J | T | Buy<br>(add'l) | 02/06/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 47. | | | | | Sold<br>(part) | 03/30/20 | J | | |
| 48. | | | | | Sold<br>(part) | 03/30/20 | J | | |
| 49. | | | | | Sold<br>(part) | 05/12/20 | J | A | |
| 50. BlackRock iShares S&P MidCap 400 Value ETF IJJ | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | A | |
| 51. | | | | | Sold<br>(part) | 02/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 53. | | | | | Sold (part) | 03/30/20 | K | | |
| 54. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 55. BlackRock iShares S&P 500 SmallCap 600 Index IJR | B | Dividend | L | T | Buy (add'l) | 01/09/20 | J | | |
| 56. | | | | | Sold (part) | 02/06/20 | K | | |
| 57. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 58. | | | | | Sold (part) | 03/30/20 | J | | |
| 59. | | | | | Sold (part) | 07/07/20 | J | A | |
| 60. | | | | | Sold (part) | 08/11/20 | K | | |
| 61. | | | | | Buy (add'l) | 11/19/20 | L | | |
| 62. BlackRock iShares TR/CORE MSCI EAFE ETF IEFA | | None | | | Sold (part) | 02/06/20 | K | B | |
| 63. | | | | | Buy (add'l) | 03/05/20 | K | | |
| 64. | | | | | Sold (part) | 03/30/20 | J | | |
| 65. | | | | | Sold | 05/12/20 | K | | |
| 66. BlackRock iShares Intl Aggregate Bond IAGG | B | Dividend | L | T | Sold (part) | 01/09/20 | K | | |
| 67. | | | | | Sold (part) | 01/09/20 | J | | |
| 68. | | | | | Buy (add'l) | 03/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/19/20 | J | | |
| 70. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 71. | | | | | Sold (part) | 06/02/20 | J | A | |
| 72. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 73. BlackRock iShares Trust CMBS ETF | B | Dividend | L | T | Buy (add'l) | 07/07/20 | K | | |
| 74. BlackRock iShares Tips Bond ETF TIP | A | Dividend | | | Buy | 01/09/20 | K | | |
| 75. | | | | | Buy (add'l) | 01/27/20 | K | | |
| 76. | | | | | Sold (part) | 03/16/20 | K | | |
| 77. | | | | | Sold (part) | 03/17/20 | K | | |
| 78. | | | | | Buy (add'l) | 08/06/20 | L | | |
| 79. | | | | | Sold | 11/19/20 | L | | |
| 80. BlackRock iShares Gold Trust Shares IAU | | None | | | Buy | 01/09/20 | J | | |
| 81. | | | | | Buy (add'l) | 01/09/20 | K | | |
| 82. | | | | | Sold (part) | 03/26/20 | J | A | |
| 83. | | | | | Sold (part) | 05/12/20 | J | A | |
| 84. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 85. | | | | | Sold (part) | 08/06/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/13/20 | K | C | |
| 87. | | | | | Sold | 10/13/20 | J | C | |
| 88. BlackRock iShares Core MSCI Emerging Markets ETF IEMG | A | Dividend | L | T | Buy (add'l) | 02/06/20 | J | | |
| 89. | | | | | Sold (part) | 02/24/20 | J | | |
| 90. | | | | | Buy | 08/06/20 | K | | |
| 91. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 92. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 93. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 94. BlackRock MidCap Growth CMGIX | | None | K | T | Buy | 03/31/20 | J | | |
| 95. CenterPoint Energy common stock CNP | B | Dividend | K | T | | | | | |
| 96. Columbia Capital Allocation Moderate Porfolio ABUAX | C | Dividend | L | T | | | | | |
| 97. Columbia Income Builder Fund RBBAX | B | Dividend | K | T | | | | | |
| 98. Dodge & Cox Income Fund DODIX | C | Dividend | M | T | Buy | 11/06/20 | M | | |
| 99. DoubleLine Total Return Bond Fund Class I DBLTX | C | Dividend | | | Sold | 11/14/20 | M | | |
| 100. DoubleLine Total Return Bond Fund Class N DLTNX | D | Dividend | M | T | Sold (part) | 02/03/20 | K | | |
| 101. | | | | | Buy (add'l) | 05/12/20 | K | | |
| 102. | | | | | Sold (part) | 06/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 08/06/20 | J | A | |
| 104. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 105. Eaton Vance Floating Rate Advantage Fund<br>Class A EAFAX | B | Dividend | L | T | | | | | |
| 106. Fidelity Govt Money Market Premium<br>Class: cash account FZCXX | A | Dividend | | | Buy<br>(add'l) | 03/23/20 | L | | |
| 107. | | | | | Sold<br>(part) | 04/14/20 | M | | |
| 108. | | | | | Sold | 06/29/20 | M | | |
| 109. Fidelity Intermediate Treasury Bond Index<br>Fund FUAMX | A | Dividend | | | Buy | 04/16/20 | L | | |
| 110. | | | | | Buy<br>(add'l) | 06/30/20 | K | | |
| 111. | | | | | Sold<br>(part) | 12/04/20 | L | | |
| 112. | | | | | Sold | 12/08/20 | J | | |
| 113. Fidelity Investment Grade Bond Fund<br>FBNDX | C | Dividend | M | T | Buy | 06/24/20 | L | | |
| 114. | | | | | Buy<br>(add'l) | 06/30/20 | K | | |
| 115. | | | | | Buy<br>(add'l) | 12/11/20 | K | | |
| 116. Fidelity Low Priced Stock Fund FLPSX | B | Dividend | K | T | Buy | 03/31/20 | K | | |
| 117. | | | | | Sold<br>(part) | 07/07/20 | J | B | |
| 118. Fidelity Puritan FPURX | C | Dividend | L | T | Buy<br>(add'l) | 06/18/20 | K | | |
| 119. Fidelity Total Bond Fund FTBFX | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Fidelity US Bond Index Fund FBNDX | B | Dividend | M | T | Buy | 04/20/20 | L | | |
| 121. Fidelity VIP Overseas FEMMC | | None | M | T | Buy | 03/20/20 | K | | |
| 122. | | | | | Sold (part) | 03/26/20 | J | | |
| 123. Harbor Bond Admin CL HABDX | B | Dividend | L | T | | | | | |
| 124. Harbor Small Cap Value HSVRX | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 125. | | | | | Sold (part) | 08/06/20 | J | B | |
| 126. Harding Loevner Emerging Markets Portfolio Advisor Class HELMX | | None | K | T | Sold (part) | 05/12/20 | J | | |
| 127. Harding Loevner Institutional Emerging Mkts HLMEX | | None | K | T | Buy (add'l) | 10/13/20 | J | | |
| 128. Invesco Oppenheimer Rochester AMT-Free Muni OPTAX | B | Dividend | L | T | Buy (add'l) | 08/14/20 | K | | |
| 129. Lazard Retirement Emerging Markets Equity FPRLC | | None | J | T | Buy | 03/26/20 | J | | |
| 130. Metropolitan West Total Return Bond Fund MWTRX | D | Dividend | M | T | Buy (add'l) | 04/15/20 | J | | |
| 131. | | | | | Buy (add'l) | 05/12/20 | K | | |
| 132. | | | | | Sold (part) | 06/02/20 | J | A | |
| 133. | | | | | Sold (part) | 08/06/20 | J | A | |
| 134. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 135. Oakmark International Advisor Fund OAYIX | A | Dividend | K | T | Sold (part) | 02/28/20 | K | | |
| 136. | | | | | Buy (add'l) | 03/31/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 05/12/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 06/02/20 | K | | |
| 139. | | | | | Sold<br>(part) | 08/06/20 | K | C | |
| 140. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 11/19/20 | K | | |
| 142. Performance Trust Strategic Bond Fund PTIAX | C | Dividend | L | T | Buy<br>(add'l) | 08/14/20 | K | | |
| 143. PIMCO Income Fund Class A PONAX | D | Dividend | M | T | Buy<br>(add'l) | 06/15/20 | L | | |
| 144. | | | | | Sold<br>(part) | 07/17/20 | J | | |
| 145. PIMCO Intl Bd (U.S. Dollar-hedged) I-3 PFONX | B | Dividend | L | T | Sold<br>(part) | 01/09/20 | J | | |
| 146. | | | | | Sold<br>(part) | 01/09/20 | J | | |
| 147. | | | | | Sold<br>(part) | 03/19/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 149. | | | | | Sold<br>(part) | 11/19/20 | J | | |
| 150. PIMCO Total Return Fund CL I3 PTTNX | B | Dividend | K | T | Buy<br>(add'l) | 01/09/20 | K | | |
| 151. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 153. | | | | | Buy<br>(add'l) | 05/12/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briscoe, Mary B.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 06/02/20 | J | A | |
| 155. | | | | | Sold<br>(part) | 11/19/20 | J | A | |
| 156. | | | | | Buy<br>(add'l) | 12/22/20 | J | | |
| 157.  PIMCO VIT Total Return | | None | K | T | Sold<br>(part) | 03/20/20 | K | | |
| 158.  The Hartford Intl Opportunity Fund IHOIX | B | Dividend | K | T | Buy<br>(add'l) | 03/31/20 | J | | |
| 159. | | | | | Sold<br>(part) | 07/07/20 | J | A | |
| 160. | | | | | Sold<br>(part) | 08/06/20 | J | A | |
| 161.  Vanguard Life Strategy VASIX | B | Dividend | L | T | | | | | |
| 162.  Vanguard Short Term VFSTX | B | Dividend | M | T | Buy<br>(add'l) | 06/30/20 | K | | |
| 163. | | | | | Buy<br>(add'l) | 09/24/20 | L | | |
| 164. | | | | | Buy<br>(add'l) | 12/11/20 | L | | |
| 165.  Voya Cr Fund VCFAX | C | Dividend | K | T | Buy<br>(add'l) | 02/03/20 | K | | |
| 166. | | | | | Sold<br>(part) | 05/19/20 | L | | |
| 167.  Wells Fargo Diversified Income Builder<br>Fund EKSAX | C | Dividend | M | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 168. | | | | | Buy<br>(add'l) | 01/23/20 | K | | |
| 169.  CD Barclays Bank: cash account | | None | K | T | Buy | 01/24/20 | J | | |
| 170.  Farmers and Drovers Bank: cash accounts | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briscoe, Mary B.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Fidelity Core Accounts: cash reserve accounts | A | Interest | L | T | | | | | |
| 172. Capitol Federal Savings Bank: cash accounts | D | Interest | O | T | | | | | |
| 173. Capitol Federal CD: cash account ( ⬚ ) | B | Interest | | | Redeemed | 07/13/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 03/19/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary B. Briscoe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544